UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WAYNE A. HUSSAR, II,<br><br>    Plaintiff,<br><br>vs.<br><br>(LEWIS & CLARK COUNTY) U.S. DISTRICT COURT,<br><br>    Defendants. | Case No. CV-18-141-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u> X </u>    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that this case is CLOSED pursuant to the Order issued on today's date.

      Dated this 17th day of October, 2018.

                            TYLER P. GILMAN, CLERK

                            By: <u>/s/ A.S. Goodwin</u>
                            A.S. Goodwin, Deputy Clerk